IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                              )
           Plaintiffs, )
                                              ) No.
v. )
                                              ) Judge
TMR SERVICES, INC., )
an Illinois corporation, ) Magistrate Judge
           Defendant. )

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, TMR SERVICES, INC., an Illinois corporation, as follows:

### JURISDICTION AND VENUE

1.    (a)    Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

       (b)    Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

### PARTIES

2.    (a)    Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) TMR SERVICES, INC., an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b) TMR SERVICES, INC., an Illinois corporation, has its principal place of business in Plainfield, Illinois.

(c) TMR SERVICES, INC., an Illinois corporation, is an employer engaged in an industry affecting commerce.

4. Effective August 1, 2012, TMR SERVICES, INC., an Illinois corporation, entered an Agreement to be bound to the current Owner/Operator Area Construction Agreement with Teamsters 179, as well as the renegotiated Agreement. The Agreements require contributions to the Funds pursuant to 29 U.S.C. 1145.

5. Pursuant to the collective bargaining agreement between TMR SERVICES, INC., an Illinois corporation, and the Union, TMR SERVICES, INC., an Illinois corporation, has failed and continues to fail to make its obligated contributions to the Fund for the period May, 2014 through December, 2015, as disclosed in an audit which took place on March 10, 2016.

6. The audit disclosed $9,480.84 due the Pension Fund and $7,854.79 due the Welfare Fund for a total of $17,335.63 less $850.61 paid for a total due of $16,485.02.

WHEREFORE, Plaintiffs pray:

A.   This court enter judgment in favor of the Plaintiffs and against TMR SERVICES, INC., an Illinois corporation, in the amount of the audit, $16,485.02.

B.   That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C.   That the Court grant such further relief as is proper.

                            TRUSTEES OF THE SUBURBAN TEAMSTERS
                            OF NORTHERN ILLINOIS WELFARE AND
                            PENSION FUNDS

By: _____
                                One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
(312) 236-0415

3

# EXHIBIT A

tory to this
all obtain a

FOR TEAMSTERS LOCAL 179

BY: _____

TITLE: President

DATE: 8/3/12

ctive on June
fect until and
2, this Agree-
eriods of one
Union gives
odify, amend
rior to the ex-

FOR THE EMPLOYER

EMPLOYER: TMR Services Inc

ADDRESS: PO Box 285

Channahon    IL   60410
City         State  Zip

eunto set their

PHONE: (815) 514-9074

FAX: (815) 467-0499

PRINT NAME: Martin Rodic

SIGNATURE: _____

TITLE: Pres

DATE: 8-1-12

43

---

TMR Services Inc
020008190

**GENERAL TEAMSTERS
LOCAL #179**
Affiliated with the I.B. of T.

**OWNER/OPERATOR
AREA CONSTRUCTION
AGREEMENT**

Effective June 1, 2010 through May 31, 2012

(MON) SEP 10 2012 8:08

25. 2014 2:01PM                                                                  No. 9116   P. 1

# *Teamsters Local Union No. 179*

Affiliated with the International Brotherhood of Teamsters

1000 N.E. FRONTAGE RD.
JOLIET, ILLINOIS 60431
Phone (815) 741-2200
Fax (815) 741-2278
www.teamsters179.org




## MEMORANDUM OF AGREEMENT

Teamsters Local Union No. 179 and **TMR Services, Inc.** (Company) both acknowledge and understand that the recent Area Construction Agreement negotiations are still ongoing. Effective August 1, 2012, the Company agrees to all the terms and conditions of the current agreement that expired May 31, 2012, and will continue to do so until the newly executed Area Construction Agreement is completed. The Company shall agree to all terms and conditions of the newly negotiated Area Construction Agreement once completed.

Authorized Agent of
Teamsters Local Union No. 179:

Tom Flynn
Print Name

_____
Signature

President
Title

6/25/14
Date

Authorized Agent of
TMR Services, Inc.:

Martin Rodin
Print Name

_____
Signature

Pres
Title

6-25-14
Date

*[handwritten: 1 ✓]*     *[handwritten: TMR Services, Inc. 020008190]*

# AREA CONSTRUCTION AGREEMENT

between

## CONTRACTORS ASSOCIATION OF WILL AND GRUNDY COUNTIES

and

## TEAMSTERS LOCAL #179
Affiliated with the I.B. of T.



Effective June 1, 2012 through May 31, 2017

## SIGNATURE PAGE FOR NON-ASSOCIATION EMPLOYERS

FOR TEAMSTERS LOCAL 179

BY: _[signature]_

TITLE: President

DATE: 11/3/14

FOR THE EMPLOYER

EMPLOYER NAME: TMR Services Inc

ADDRESS: PO Box 278

Channahon _____ IL _____ 60410
City _____ State ___ Zip

PHONE: (815) 514-9044   FAX: (815) 727-6459

EMAIL: TMRdispatch@aol.com

PRINT NAME: Marvin Rodger

SIGNATURE: _[signature]_

TITLE: Pres

DATE: 11-3-2014